

**ALEGIS**

December 14, 2016

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Re: Parkland Health & Hospital System

    Patient:     CARLOS APPLEBY
    Account #: ▇▇▇▇▇▇▇▇▇▇▇▇

    Account Balance:     $49,046.64

Dear ▇▇▇▇▇▇▇

The above patient received hospital services at Parkland Health & Hospital System for injuries caused by an accident that is attributed to the negligence of other third parties. Parkland Health & Hospital System claims a hospital lien on this action or claim pursuant to Tex. Prop. Code §55.001 *et seq.*

**The amount listed above may or may not be the total balance due. Please contact our office to request the final lien amount.**

If you have any questions regarding the hospital lien or need any further information or documentation, do not hesitate to contact me.

Sincerely,

*Rosa Manriquez*

Rosa Manriquez
Authorized Agent for Parkland Health & Hospital System
Alegis Revenue Group, LLC



**Dallas County Hospital District**
**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, TX  75235-7708**

Print Date:                  12/14/16
                             Page  1

Guarantor
**Carlos Appleby**                 Guarantor Number:

Patient Name:
Appleby,Carlos                  Hospital Account:
                                MRN:
                                Date of Admission:        09/25/15
                                Date of Discharge:        09/30/15
                                Type of Visit:            Inpatient

## ITEMIZED STATEMENT

Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/25/2015 | 0250 | | | 5 | 24.21 |
| 09/25/2015 | 0250 | | | 1 | 3.50 |
| 09/25/2015 | 0250 | | | 8 | 72.75 |
| 09/25/2015 | 0250 | | | 2 | 3.50 |
| 09/25/2015 | 0250 | | | 1 | 5.87 |
| 09/25/2015 | 0250 | | | 1 | 5.87 |
| 09/25/2015 | 0250 | | | 1 | 5.87 |
| 09/25/2015 | 0250 | | | 1 | 7.76 |
| 09/25/2015 | 0260 | | | 1 | 363.00 |
| 09/25/2015 | 0301 | | | 1 | 112.00 |
| 09/25/2015 | 0301 | | | 1 | 93.00 |
| 09/25/2015 | 0301 | | | 1 | 77.00 |
| 09/25/2015 | 0301 | | | 1 | 89.00 |
| 09/25/2015 | 0301 | | | 1 | 94.00 |
| 09/25/2015 | 0301 | | | 1 | 91.00 |
| 09/25/2015 | 0301 | | | 1 | 87.00 |
| 09/25/2015 | 0301 | | | 1 | 111.00 |
| 09/25/2015 | 0305 | | | 1 | 76.00 |
| 09/25/2015 | 0305 | | | 1 | 103.00 |

**Benefits have been assigned to Parkland Health & Hospital System**
**Inquiries?  Contact Customer Service at (214) 590-4900**



Dallas County Hospital District
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235-7708

Print Date:  12/14/16
Page 2

Guarantor
Carlos Appleby

Guarantor Number:

Patient Name:
Appleby, Carlos

Hospital Account:
MRN:
Date of Admission:   09/25/15
Date of Discharge:   09/30/15
Type of Visit:       Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/25/2015 | 0305 | | | 1 | 94.00 |
| 09/25/2015 | 0305 | | | 1 | 73.00 |
| 09/25/2015 | 0305 | | | 1 | 65.00 |
| 09/25/2015 | 0305 | | | 1 | 26.00 |
| 09/25/2015 | 0320 | | | 1 | 399.00 |
| 09/25/2015 | 0320 | | | 1 | 399.00 |
| 09/25/2015 | 0320 | | | 1 | 435.00 |
| 09/25/2015 | 0320 | | | 1 | 435.00 |
| 09/25/2015 | 0320 | | | 1 | 381.00 |
| 09/25/2015 | 0352 | | | 1 | 2,530.00 |
| 09/25/2015 | 0352 | | | 1 | 2,530.00 |
| 09/25/2015 | 0450 | | | 1 | 2,082.00 |
| 09/25/2015 | 0681 | | | 1 | 2,172.00 |
| 09/25/2015 | 0762 | | | 5 | 486.35 |
| 09/25/2015 | 0762 | | | 5 | 160.00 |
| 09/26/2015 | 0250 | | | 5 | 24.21 |
| 09/26/2015 | 0250 | | | 5 | 24.21 |
| 09/26/2015 | 0250 | | | 5 | 24.21 |
| 09/26/2015 | 0250 | | | 2 | 3.50 |
| 09/26/2015 | 0250 | | | 2 | 3.50 |
| 09/26/2015 | 0250 | | | 1 | 5.87 |
| 09/26/2015 | 0250 | | | 1 | 3.50 |
| 09/26/2015 | 0250 | | | 1 | 3.50 |
| 09/26/2015 | 0250 | | | 1 | 3.50 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



Dallas County Hospital District
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235-7708

Print Date: 12/14/16
Page 3

Guarantor
Carlos Appleby

Guarantor Number: ███

Patient Name:
Appleby, Carlos

Hospital Account: ███
MRN:
Date of Admission: 09/25/15
Date of Discharge: 09/30/15
Type of Visit: Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/26/2015 | 0250 | | | 1 | 7.76 |
| 09/26/2015 | 0250 | | | 1 | 7.76 |
| 09/26/2015 | 0250 | | | 2 | 3.50 |
| 09/26/2015 | 0250 | | | 1 | 3.50 |
| 09/26/2015 | 0420 | | | 1 | 327.00 |
| 09/26/2015 | 0420 | | | 1 | 0.01 |
| 09/26/2015 | 0420 | | | 1 | 0.01 |
| 09/26/2015 | 0420 | | | 1 | 0.01 |
| 09/26/2015 | 0430 | | | 1 | 147.00 |
| 09/26/2015 | 0430 | | | 1 | 379.00 |
| 09/26/2015 | 0430 | | | 1 | 139.00 |
| 09/26/2015 | 0762 | | | 24 | 768.00 |
| 09/27/2015 | 0250 | | | 5 | 24.21 |
| 09/27/2015 | 0250 | | | 5 | 24.21 |
| 09/27/2015 | 0250 | | | 5 | 24.21 |
| 09/27/2015 | 0250 | | | 2 | 3.50 |
| 09/27/2015 | 0250 | | | 2 | 3.50 |
| 09/27/2015 | 0250 | | | 1 | 5.87 |
| 09/27/2015 | 0250 | | | 1 | 3.50 |
| 09/27/2015 | 0250 | | | 1 | 3.50 |
| 09/27/2015 | 0250 | | | 1 | 3.50 |
| 09/27/2015 | 0250 | | | 1 | 7.76 |
| 09/27/2015 | 0250 | | | 1 | 7.76 |
| 09/27/2015 | 0250 | | | 2 | 3.50 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries? Contact Customer Service at (214) 590-4900



Dallas County Hospital District
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX  75235-7708

Print Date:     12/14/16
                Page  4

Guarantor
Carlos Appleby

Guarantor Number:

Patient Name:
Appleby,Carlos

Hospital Account:
MRN:
Date of Admission:    09/25/15
Date of Discharge:    09/30/15
Type of Visit:        Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/27/2015 | 0762 | | | 24 | 768.00 |
| 09/28/2015 | 0111 | | | 1 | 1,082.00 |
| 09/28/2015 | 0250 | | | 5 | 24.21 |
| 09/28/2015 | 0250 | | | 5 | 24.21 |
| 09/28/2015 | 0250 | | | 5 | 24.21 |
| 09/28/2015 | 0250 | | | 2 | 3.50 |
| 09/28/2015 | 0250 | | | 2 | 3.50 |
| 09/28/2015 | 0250 | | | 1 | 5.34 |
| 09/28/2015 | 0250 | | | 1 | 5.34 |
| 09/28/2015 | 0250 | | | 1 | 3.50 |
| 09/28/2015 | 0250 | | | 1 | 3.50 |
| 09/28/2015 | 0250 | | | 1 | 7.76 |
| 09/28/2015 | 0250 | | | 1 | 7.76 |
| 09/28/2015 | 0250 | | | 2 | 3.50 |
| 09/28/2015 | 0430 | | | 2 | 294.00 |
| 09/28/2015 | 0510 | | | 1 | 64.00 |
| 09/28/2015 | 0762 | | | 5 | 160.00 |
| 09/29/2015 | 0111 | | | 1 | 1,082.00 |
| 09/29/2015 | 0250 | | | 1 | 13.25 |
| 09/29/2015 | 0250 | | | 1 | 13.73 |
| 09/29/2015 | 0250 | | | 1 | 34.92 |
| 09/29/2015 | 0250 | | | 1 | 21.42 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, TX  75235-7708**

**Print Date:**            12/14/16
                          **Page  5**

**Guarantor**
**Carlos Appleby**

**Guarantor Number:**

**Patient Name:**
**Appleby,Carlos**

**Hospital Account:**
**MRN:**
**Date of Admission:**      09/25/15
**Date of Discharge:**      09/30/15
**Type of Visit:**          Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/29/2015 | 0250 | | | 4 | 25.32 |
| 09/29/2015 | 0250 | | | 4 | 44.58 |
| 09/29/2015 | 0250 | | | 3 | 8.10 |
| 09/29/2015 | 0250 | | | 5 | 24.21 |
| 09/29/2015 | 0250 | | | 5 | 24.21 |
| 09/29/2015 | 0250 | | | 1 | 12.13 |
| 09/29/2015 | 0250 | | | 8 | 72.75 |
| 09/29/2015 | 0250 | | | 5 | 5.19 |
| 09/29/2015 | 0250 | | | 1 | 29.30 |
| 09/29/2015 | 0250 | | | 4 | 3.50 |
| 09/29/2015 | 0250 | | | 150 | 164.27 |
| 09/29/2015 | 0250 | | | 2 | 174.60 |
| 09/29/2015 | 0250 | | | 2 | 3.50 |
| 09/29/2015 | 0250 | | | 1 | 5.34 |
| 09/29/2015 | 0250 | | | 1 | 5.34 |
| 09/29/2015 | 0250 | | | 1 | 7.76 |
| 09/29/2015 | 0258 | | | 2 | 16.00 |
| 09/29/2015 | 0260 | | | 1 | 363.00 |
| 09/29/2015 | 0260 | | | 1 | 145.00 |
| 09/29/2015 | 0271 | | | 1 | 8.00 |
| 09/29/2015 | 0271 | | | 1 | 36.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



Dallas County Hospital District
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX  75235-7708

Print Date:                12/14/16
                           Page  6

Guarantor
Carlos Appleby

Guarantor Number:

Patient Name:
Appleby, Carlos

Hospital Account:
MRN:
Date of Admission:          09/25/15
Date of Discharge:          09/30/15
Type of Visit:              Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/29/2015 | 0271 | | | 1 | 95.00 |
| 09/29/2015 | 0272 | | | 12 | 288.00 |
| 09/29/2015 | 0272 | | | 1 | 8.00 |
| 09/29/2015 | 0272 | | | 1 | 8.00 |
| 09/29/2015 | 0272 | | | 1 | 40.04 |
| 09/29/2015 | 0272 | | | 1 | 8.00 |
| 09/29/2015 | 0272 | | | 4 | 613.80 |
| 09/29/2015 | 0272 | | | 1 | 67.00 |
| 09/29/2015 | 0272 | | | 1 | 57.00 |
| 09/29/2015 | 0272 | | | 1 | 328.00 |
| 09/29/2015 | 0278 | | | 4 | 119.90 |
| 09/29/2015 | 0278 | | | 1 | 29.98 |
| 09/29/2015 | 0320 | | | 1 | 637.00 |
| 09/29/2015 | 0360 | | | 163 | 8,802.00 |
| 09/29/2015 | 0360 | | | 1 | 2,519.00 |
| 09/29/2015 | 0370 | | | 1 | 2,132.00 |
| 09/29/2015 | 0710 | | | 89 | 1,157.00 |

**Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900**



Dallas County Hospital District
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235-7708

Print Date: 12/14/16
Page 7

Guarantor
Carlos Appleby

Guarantor Number:

Patient Name:
Appleby, Carlos

Hospital Account:
MRN:
Date of Admission: 09/25/15
Date of Discharge: 09/30/15
Type of Visit: Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/29/2015 | 0964 | | | 170 | 654.58 |
| 09/30/2015 | 0250 | | | 4 | 44.58 |
| 09/30/2015 | 0250 | | | 4 | 44.58 |
| 09/30/2015 | 0250 | | | 5 | 24.21 |
| 09/30/2015 | 0250 | | | 2 | 3.50 |
| 09/30/2015 | 0250 | | | 1 | 5.34 |
| 09/30/2015 | 0250 | | | 1 | 5.34 |
| 09/30/2015 | 0250 | | | 1 | 5.34 |
| 09/30/2015 | 0250 | | | 1 | 3.50 |
| 09/30/2015 | 0250 | | | 1 | 7.76 |
| 09/30/2015 | 0250 | | | 2 | 3.50 |
| 09/30/2015 | 0301 | | | 1 | 112.00 |
| 09/30/2015 | 0301 | | | 1 | 93.00 |
| 09/30/2015 | 0301 | | | 1 | 77.00 |
| 09/30/2015 | 0301 | | | 1 | 89.00 |
| 09/30/2015 | 0301 | | | 1 | 94.00 |
| 09/30/2015 | 0301 | | | 1 | 91.00 |
| 09/30/2015 | 0301 | | | 1 | 87.00 |
| 09/30/2015 | 0301 | | | 1 | 111.00 |
| 09/30/2015 | 0301 | | | 1 | 46.00 |
| 09/30/2015 | 0305 | | | 1 | 76.00 |
| 09/30/2015 | 0305 | | | 1 | 103.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries? Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, TX  75235-7708**

**Print Date:** 12/14/16
Page  8

**Guarantor**
Carlos Appleby

**Guarantor Number:**

**Patient Name:**
Appleby, Carlos

**Hospital Account:**
**MRN:**
**Date of Admission:** 09/25/15
**Date of Discharge:** 09/30/15
**Type of Visit:** Inpatient

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/30/2015 | 0305 | | | 1 | 94.00 |
| 09/30/2015 | 0305 | | | 1 | 73.00 |
| 09/30/2015 | 0305 | | | 1 | 65.00 |
| 09/30/2015 | 0305 | | | 1 | 26.00 |
| 09/30/2015 | 0420 | | | 2 | 254.00 |

**Summary**

| Description | Amount |
|---|---|
| Charges | 39,716.95 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 39,716.95 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**
5201 Harry Hines Blvd
Dallas, TX  75235-7708

Print Date:	07/13/16
	Page  1

Guarantor
Carlos Appleby

Guarantor Number:

Patient Name:
Appleby,Carlos

Hospital Account:
MRN:
Date of Admission:	10/07/15
Date of Discharge:	10/07/15
Type of Visit:	Outpatient

## ITEMIZED STATEMENT

Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/07/2015 | 0274 | | | 1 | 394.00 |
| 10/07/2015 | 0510 | | | 1 | 259.00 |

Summary

| Description | Amount |
|---|---|
| Charges | 653.00 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 653.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**      **Print Date:**          12/14/16
5201 Harry Hines Blvd                                               Page 1
Dallas, TX  75235-7708

**Guarantor**
**Carlos Appleby**                          **Guarantor Number:**

**Patient Name:**
**Appleby,Carlos**                          **Hospital Account:**
                                            **MRN:**
                                            **Date of Admission:**    11/04/15
                                            **Date of Discharge:**    11/04/15
                                            **Type of Visit:**        Outpatient

## ITEMIZED STATEMENT

**Charges**

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/04/2015 | 0320 | | | 1 | 465.00 |
| 11/04/2015 | 0510 | | | 1 | 259.00 |

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Insurance Payments and Adjustments | -115.26 |

**Summary**

| Description | Amount |
|---|---|
| Charges | 724.00 |
| Payments | -115.26 |
| Adjustments | 0.00 |
| Balance | 608.74 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**              **Print Date:**            12/14/16
5201 Harry Hines Blvd                                                         Page  1
Dallas, TX  75235-7708

**Guarantor**
Carlos Appleby                                     **Guarantor Number:**

**Patient Name:**
Appleby,Carlos                                     **Hospital Account:**
                                                   **MRN:**
                                                   **Date of Admission:**     11/25/15
                                                   **Date of Discharge:**     11/25/15
                                                   **Type of Visit:**         Outpatient

## ITEMIZED STATEMENT

**Charges**

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/25/2015 | 0320 | | | 1 | 465.00 |

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Insurance Payments and Adjustments | -115.26 |

**Summary**

| Description | Amount |
|---|---|
| Charges | 465.00 |
| Payments | -115.26 |
| Adjustments | 0.00 |
| Balance | 349.74 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, TX 75235-7708**

Print Date: 12/14/16
Page 1

**Guarantor**
**Carlos Appleby**

Guarantor Number:

**Patient Name:**
**Appleby, Carlos**

Hospital Account:
MRN:
Date of Admission: 11/25/15
Date of Discharge: 11/25/15
Type of Visit: Outpatient

## ITEMIZED STATEMENT

Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/25/2015 | 0272 | | | 1 | 11.00 |
| 11/25/2015 | 0510 | | | 1 | 259.00 |
| 11/25/2015 | 0519 | | | 1 | 5,124.00 |

Summary

| Description | Amount |
|---|---|
| Charges | 5,394.00 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 5,394.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries? Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**           **Print Date:**           07/13/16
**5201 Harry Hines Blvd**                                                  Page  1
**Dallas, TX  75235-7708**

**Guarantor**

                                                 **Guarantor Number:**

**Patient Name:**
Appleby,Carlos                                   **Hospital Account:**
                                                 **MRN:**
                                                 **Date of Admission:**    01/20/16
                                                 **Date of Discharge:**    01/20/16
                                                 **Type of Visit:**        Outpatient

## ITEMIZED STATEMENT

**Charges**

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/20/2016 | 0320 | | | 1 | 465.00 |
| 01/20/2016 | 0510 | | | 1 | 259.00 |

**Summary**

| Description | Amount |
|---|---|
| Charges | 724.00 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 724.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**      **Print Date:**         12/14/16
**5201 Harry Hines Blvd**                                         Page  1
**Dallas, TX  75235-7708**

**Guarantor**
**Carlos Appleby**                          **Guarantor Number:**

**Patient Name:**
**Appleby,Carlos**                          **Hospital Account:**
                                            **MRN:**
                                            **Date of Admission:**   04/20/16
                                            **Date of Discharge:**   04/20/16
                                            **Type of Visit:**       Outpatient

## ITEMIZED STATEMENT

### Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 04/20/2016 | 0320 | | | 1 | 465.00 |
| 04/20/2016 | 0510 | | | 1 | 259.00 |
| 04/20/2016 | 0983 | | | 1 | 171.00 |

### Payments and Adjustments

| Description | Amount |
|---|---|
| Insurance Payments and Adjustments | -69.79 |

### Summary

| Description | Amount |
|---|---|
| Charges | 895.00 |
| Payments | -69.79 |
| Adjustments | 0.00 |
| Balance | 825.21 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**          **Print Date:**          12/14/16
**5201 Harry Hines Blvd**                                                Page 1
**Dallas, TX 75235-7708**

**Guarantor**
**Carlos Appleby**                              **Guarantor Number:**

**Patient Name:**
**Appleby, Carlos**                             **Hospital Account:**
                                                **MRN:**
                                                **Date of Admission:**     10/19/16
                                                **Date of Discharge:**     10/19/16
                                                **Type of Visit:**         Outpatient

## ITEMIZED STATEMENT

Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/19/2016 | 0320 | | | 1 | 498.00 |

Summary

| Description | Amount |
|---|---|
| Charges | 498.00 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 498.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries? Contact Customer Service at (214) 590-4900



**Dallas County Hospital District**
**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, TX  75235-7708**

**Print Date:**  12/14/16
Page  1

**Guarantor**

**Guarantor Number:**

**Patient Name:**
Appleby, Carlos

**Hospital Account:**
**MRN:**
**Date of Admission:**  10/19/16
**Date of Discharge:**  10/19/16
**Type of Visit:**  Outpatient

## ITEMIZED STATEMENT

Charges

| Service Date | Rev Code | Procedure | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/19/2016 | 0510 | | | 1 | 277.00 |

Summary

| Description | Amount |
|---|---|
| Charges | 277.00 |
| Payments | 0.00 |
| Adjustments | 0.00 |
| Balance | 277.00 |

Benefits have been assigned to Parkland Health & Hospital System
Inquiries?  Contact Customer Service at (214) 590-4900