IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS APPLEBY, | § | |
|    Plaintiff; | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-673 |
| | § | |
| HOME DEPOT U.S.A., INC. D/B/A | § | |
| HOME DEPOT | § | |
|    Defendant. | § | |

### HOME DEPOT U.S.A., INC.'S FIRST AMENDED DAUBERT MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT EDMOND PROVDER

TO THE HONORABLE COURT:

Defendant, Home Depot U.S.A., Inc. ("The Home Depot") files this motion to exclude testimony of plaintiff's expert Edmond Provder ("Provder") pursuant to Federal Rule of Civil Procedure 702 requesting that the Court exclude Provder's testimony from the trial of this matter for failure to meet the requirements for admissibility under that rule and the law set forth in *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579, 590-91 (1993).

A memorandum that sets forth the argument and authorities on which The Home Depot relies in support of this motion is filed separately.

WHEREFORE PREMISES CONSIDERED, The Home Depot requests that the Court grant its motion to exclude Provder's testimony from the trial of this matter, and that the Court grant such other and further relief to which it may be entitled in law or in equity. Oral argument is requested.

Defendant's First Amended Motion to Exclude
Testimony of Plaintiff's Expert Edmond Provder
12120.10

Page 1 of 3

Respectfully submitted,

MULLIN HOARD & BROWN, L.L.P.
Chad L. Farrar, SBN 00793716
C. Brett Stecklein, SBN 00794688
Katie Harrison, SBN 24062767
Flannery Nardone, SBN 24083183
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
Telephone:    (214) 754-0040
Facsimile:     (214) 754-0043
cfarrar@mhba.com
bstecklein@mhba.com
kharrison@mhba.com
fnardone@mhba.com

/s/ Chad L. Farrar
By: Chad L. Farrar

***Attorneys for Defendant Home Depot U.S.A., Inc.***

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on May 9, 2019, counsel for Defendant Flannery Nardone conferred with Wesley Gould, counsel for Plaintiff, and he was opposed to Defendant's Motion to Exclude Edmond Provder. Defendant understands this position has not changed.

/s/ Chad L. Farrar
Chad L. Farrar

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this the 26th day of November, 2019, a true and correct copy of the foregoing was served via ECF addressed to:

**Via E-Filing**
Wesley H.M. Gould
Rochelle McCullough, L.L.P.
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
wgould@romclawyers.com

                                                /s/ Chad L. Farrar
                                                Chad L. Farrar

Defendant's First Amended Motion to Exclude                                             Page 3 of 3
Testimony of Plaintiff's Expert Edmond Provder
12120.10