IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS APPLEBY | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-00673-E |
| HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT, | § § § § | |
| Defendant. | § § | |

**ORDER**

A jury verdict was entered, and the trial completed, in this case on February 12, 2020 (Doc. No. 111). The Court **ORDERS** the parties to jointly submit a proposed final judgment within fourteen days of the date of this Order. While the Court awaits the parties' proposed final judgment, the Clerk of Court is directed to administratively close this case.

SO **ORDERED.**

SIGNED March 3, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE